**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Banboye Delanioa Kindzeka,<br>Petitioner,<br>v.<br>United States Citizenship and Immigration Services, *et al.*,<br>Respondents. | No. CV-25-00914-PHX-JJT<br>**ORDER** |

The Court has reviewed Plaintiff's Motion to Dismiss (Doc. 9). The government having now acted, the cause of action is now moot, as Plaintiff acknowledges. Finding good cause therefore,

**IT IS HEREBY ORDERED** granting the Motion at Doc. 9 and dismissing this matter with prejudice. The Clerk of Court shall terminate this matter.

Dated this 2nd day of April, 2025.

Honorable John J. Tuchi
United States District Judge